UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

Plaintiff,

v.

ARIOSA DIAGNOSTICS INC., et al.,

Defendants.

Case No. 26-cv-04463-PCP

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Re: Dkt. No. 7

Having reviewed Magistrate Judge Sallie Kim's Report and Recommendation, this Court finds that the Report and Recommendation, Dkt. No. 7, and prior screening order incorporated therein, Dkt. No. 5, are well founded in law and consistent with this Court's own view of the record. It is hereby ordered that the Report and Recommendation is incorporated by reference and adopted in its entirety. *See* Dkt. No. 7. Accordingly, the Court orders this case dismissed without prejudice for Mr. Hart's failure to prosecute and failure to comply with court orders.

**IT IS SO ORDERED.**

Dated: September 1, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California